United States District Court
Southern District of Texas
FILED

APR 1 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**DIRECTV, INC.**
    **Plaintiff,**

**V.**                                **No. Civ. B-03-052**

**TONY ADAME, CESAR ARCOS,
MARCOS CAMACHO, PAUL A. DAVIS,
RODNEY D. MOORE, and YESENIA
SALAZAR
    Defendants.**

## DEFENDANT MARCOS CAMACHO'S
## ORIGINAL ANSWER AND PLEA IN ABATEMENT

**NOW COMES** Defendant, MARCOS CAMACHO, named Defendant in the above-entitled and numbered cause, and files this Original Answer, subject to his plea in abatement, and shows the Court:

### I.

### GENERAL DENIAL

Defendant denies each and every allegation contained in Plaintiff's Original Complaint, and demands strict proof thereof as required by the Federal Rules of Civil Procedure.

### II.

### PLEA IN ABATEMENT

Defendant alleges that there is currently pending in the United States Bankruptcy Court, Southern District of Texas, Brownsville Division, an action styled In Re: MARCOS CAMACHO, Case Number: (unassigned as yet), which is a voluntary petition in

which is attached hereto as Exhibit "A" and made a part hereof for all purposes. By virtue of the foregoing, Title 11 U.S.C., Section 362 et seq. provides for an automatic stay of the instant cause and therefore this proceeding should be abated.

### PRAYER

WHEREFORE, Defendant, MARCOS CAMACHO, requests judgment of the Court that the Plea in Abatement be sustained and that this cause be abated until further order of this Court, and for such and further relief at law or in equity as to which it may show itself entitled.

Respectfully submitted,

LAW OFFICES OF
RICHARD J. W. NUNEZ, L.L.P.C.

By:_____
Hon. Richard J. W. Núnez
Texas Bar No. 15134600
144 E. Price Road
Brownsville, Texas 78521
Tel. (956)541-8502
Fax. (956)541-8623
Attorney for Defendant
MARCOS CAMACHO

## CERTIFICATE OF SERVICE

I certify that on April 9, 2003, a true and correct copy of Defendant's Answer and Plea in Abatement was served by certified mail, return receipt requested on Hon. Robert A. Swofford at One Moody Plaza, 18th Floor, Galveston, Texas 77550.

_____
Hon. Richard J. W. Nunez

## VERIFICATION

STATE OF TEXAS

COUNTY OF CAMERON

    Before me the undersigned, a Notary Public, on this day personally appeared MARCOS CAMACHO, who, being by me duly sworn on his oath deposed and said that he is the Defendant in the above-entitled and numbered cause; that he has read the above and foregoing Plea in Abatement; and that the allegations contained therein are within his personal knowledge and true and correct.

*[signature]*
**MARCOS CAMACHO**

    SUBSCRIBED AND SWORN TO BEFORE ME, on this the 9th day of April, 2003, to certify which witness my hand and official seal.

*[signature]*
Notary Public - State of Texas