Case 1:03-cv-00052   Document 7   Filed in TXSD on 05/07/2003   Page 1 of 2

United States District Court
Southern District of Texas
FILED

MAY 0 7 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DIRECTV, Inc., | & |
| Plaintiff, | |
| | & |
| V. | No. CIV. B-03-052 |
| | & |
| TONY ADAME, CESAR ARCOS, | |
| MARCOS CAMACHO, PAUL A. DAVIS, | & |
| RODNEY D. MOORE, and YESENIA | |
| SALAZAR | & |
| | |
| Defendants. | & |

## ORIGINAL ANSWER

**NOW COMES** Anthony Adams a/k/a Tony Adams, who was served as a Defendant in the above-entitled and numbered cause, and files this Original Answer, and shows the Court:

### SPECIAL DENIAL

Anthony Adams is not Tony Adame, although Anthony Adams was served citation by certified mail, he denies he is party to this suit.

### GENERAL DENIAL

Anthony Adams, denies each and every allegation of Plaintiff's Original Complaint, and demands strict proof thereof.

### PRAYER

Anthony Adams, prays the Court, after notice and hearing or trial, enters judgment in favor of Anthony Adams, award Anthony Adams the costs of court, attorney's fees, and such other and further relief as Anthony Adams may be entitled to in law or in equity.

Respectfully submitted,

By: _____
John T. Blaylock
Texas Bar No. 00784302
Federal No. 32386
2255 Barnard, Suite C
Brownsville, Texas  78520
Tel. (956)554-3733
Fax. (956)544-7766
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on May 2, 2003 a true and correct copy of Defendant's Original Answer was served on Robert A. Swofford, Attorney for the Plaintiff by Regular Mail at One Moody Plaza, 18th Floor, Galveston, Texas 77550-7998.

_____
John T. Blaylock