United States District Court
Southern District of Texas
ENTERED

JUN 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | C.A. No. B-03-52 |
| | § | |
| TONY ADAME, ET AL., | § | |
| | § | |
|     Defendants. | § | |

## ORDER

BE IT REMEMBERED that on June 2, 2003, the Court considered Plaintiff Marcos Camacho's Plea in Abatement [Dkt. No. 5]. Plaintiff informed the Court that a voluntary petition is pending in the United States Bankruptcy Court, Southern District of Texas, Brownsville Division. As a result, pursuant to 11 U.S.C. § 362(a), the filing of this petition triggers an automatic stay of proceedings against the named debtor-petitioner only. The above cause of action against Marcos Camacho is hereby **STAYED**.

DONE this 2nd day of June 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge