# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 2 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

DIRECTV, INC.                    *

vs                               *   CIVIL ACTION NO. B03-052

TONY ADAMS, ET AL                *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### Scheduling Conference

September 17, 2003, at 2:00 p.m.

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

BY ORDER OF THE COURT

July 22, 2003

cc:   All Parties