CESAR ARCOS   Came to hand on 8-20-03  2:00 P.m.

# RETURN OF SERVICE

@ AB - 0352

Service of the Summons and complaint was made by me[1]   DATE: 8-21-03  3:30 Pm

TITLE

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant.

Place where served: _____

United States District Court
Southern District of Texas
FILED

SEP 16 2003

Michael N. Milby
Clerk of Court

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: VALENTIN VILLARREAL
905 E. SAN MARCELO BROWNSVILLE, TEXAS 78521

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

_____
Signature of Server

974 E. HARRISON ST. Brownsville, TEXAS 78521
Address of Server

**ABEL PEREZ JR.**
**Constable Pct. 2**
**Cameron County**

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.