COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Pinales |
| CSO | : | T Yanez |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | **September 17, 2003 at 2:00 p.m.** |

United States District Court
Southern District of Texas
FILED

SEP 17 2003

Michael N. Milby
Clerk of Court

---

**CIVIL CASE NO. B-03-52**
**DIRECTV, INC.**                    *           Lecia Chaney

vs                                   *

Tony Adams et al                     *

---

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
John Blaylock present for defendant Tony Adams;

Ms Chaney provides the status as to each defendant;
Counsel futher states their intention of filing a motion for default in the case of Paul A Davis and Yesenia Salazar;

The Court voices a concern for the defendants who have not been served;

The Court sets a status conference for October 31, 2003 at 9:00 a.m.;

Court adjourned.