COURTROOM MINUTES: **Felix Recio Judge Presiding**
Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | R Pinales |
| CSO | : | Figueroa |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | October 31, 2003 at 09:00 a.m. |

United States District Court
Southern District of Texas
FILED

OCT 3 1 2003

Michael N. Milby
Clerk of Court

**CIVIL CASE NO. B-03-52**
**DIRECTV, INC.**                    *         Lecia Chaney

vs                                   *

Tony Adams et al                     *

### SCHEDULING CONFERNECE

Lecia Chaney present for Plaintiff;
John Blaylock present for defendant Tony Adams;

Ms Chaney provides the status as to each defendant;
Counsel states that deft Marcos Camacho has been stayed; Counsel further states that for she will be filing Motion for Default for defendants Cesar Arcos, Paul A Davis and Yesenia Salazar;
Counsel states a Motion to Dismiss is forthcoming for Defendant Rodney D Moore;

Ms Chaney and Mr Blaylock have agreed to trial dates, with Jury Selection on 03/08/04 and Final Pretrial on 03/04/04;

Court adjourned.