| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| DIRECTV, INC. | § | |
|---|---|---|
| VS | § | CIVIL ACTION NO. __B-03-52__ |
| TONY ADAMS ET AL | § | (Judge Tagle) |

## SCHEDULING ORDER

United States District Court
Southern District of Texas
ENTERED
NOV 0 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

☐ Bench   ☒ Jury

1. Trial: Estimated time to try: __3__ days.

2. New parties must be joined by:
   *Furnish a copy of this scheduling order to newparties.*

3. The plaintiff(s)' experts will be named with a report furnished by: __12/01/03__

A

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert. __12/15/03__

5. Discovery must be completed by: __02/02/04__
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

******************   The court will provide these dates.   ********************

6. Dispositive Motions will be filed by: __02/02/04__

7. Joint pretrial order is due: __02/17/04__
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Tagle is set for 1:30 p.m. on: __03/04/04__

9. The jury selection before Judge Tagle is set for 9:00 a.m. on: __03/08/04__

The case will remain on standby until tried.

Signed __October 31, 2003__, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge