IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DIRECTV, INC., <br> Plaintiff | § § § |
| V. | § § CIVIL ACTION B-03-0-52 |
| TONY ADAME, ET AL <br> Defendants | § § § |

### PLAINTIFF'S MOTION TO DISMISS RODNEY D. MOORE

TO THE HONORABLE JUDGE OF THIS COURT:

DIRECTV desires to dismiss its causes of action against Defendant **Rodney D. Moore**. Accordingly, DIRECTV requests that Plaintiff's claims against Defendant **Rodney D. Moore** be dismissed in their entirety *without prejudice*.

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *without prejudice* against **Rodney D. Moore** and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, LLP

By: *Lecia Chaney*
Lecia Chaney
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
P.O. Box 2155
1201 E. Van Buren
Brownsville, TX 78522
(956) 542-7441
(956) 541-2170 Fax

                                            ATTORNEY IN CHARGE FOR PLAINTIFF,
                                            DIRECTV, INC.

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

      This is to certify that on the 4th of November I served the foregoing Notice of Dismissal without prejudice on opposing counsel and/or pro se defendant in the foregoing matter by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon as follows or by facsimile transmission as follows:

                            John T. Blaylock
                            2255 Barnard, Ste. C
                            Brownsville, Tx 78520
                            Attorney for Tony Adame

                                                                       */s/ Ledia Chaney*
                                                              Ledia Chaney