*18*

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC., <br> Plaintiff | § § § | |
| V. | § § | CIVIL ACTION B-03-0-52 |
| TONY ADAME, ET AL <br> Defendants | § § § § | |

### ORDER GRANTING PLAINTIFF'S DISMISSAL

On the 12th day of November, 2003, the Court considered plaintiff, DIRECTV, Inc.'s Motion to Dismiss Defendant Rodney E. Moore. After considering the Motion the Court: finds the record supports granting the Motion.

It is ORDERED and ADJUDGED that Defendant, Rodney E. Moore, is DISMISSED WITHOUT PREJUDICE.

SIGNED on this ___ day of November, 2003.

_____
U.S. DISTRICT JUDGE