IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC., <br> Plaintiff | § <br> § <br> § | |
| | § | CIVIL ACTION B-03-052 |
| V. | § | |
| | § | |
| TONY ADAME, ET AL. <br> Defendants | § <br> § | |

United States District Court
Southern District of Texas
FILED

DEC 16 2003

Michael N. Milby, Clerk of Court

## ORDER GRANTING
## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

CAME ON FOR CONSIDERATION, Plaintiff, DIRECTV's Motion for Leave to File Amended Complaint, and the Court after considering the evidence and argument of counsel is of the opinion that said Motion should be GRANTED; it is therefore

ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Leave shall be granted and the Amended Complaint shall be filed herewith.

SIGNED for entry on this 16th day of December, 2003 in Brownsville, Texas.

_____
JUDGE PRESIDING