# RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]   DATE: 01-08-04  5:50pm

TITLE  Luis A. Saenz, Civil Processor.

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant.

Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _Glendra Resendez — Family Member_

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

_Luis A. Saenz_
Signature of Server

_PO Box 5206_
Address of Server

_McAllen, Texas 78502-5206_

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF NON-MILITARY STATUS

THE STATE OF TEXAS §
§
COUNTY OF __Hidalgo__ §

BEFORE ME, the undersigned authority, on this day personally appeared __Luis A. Saenz__, a person having knowledge of the matters hereinafter set forth and who is personally known to me and first being duly sworn according to law, upon his oath deposed and said:

My name is __Luis A. Saenz__. I am over eighteen (18) years of age, I reside in __Hidalgo__ County, __Texas__. I have never been convicted of a felony, and I am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

__Paul A. Davis__ is not in the military services as a member of the Armed Forces of the United States of America. On __01-08-04__, ~~2002~~, I:

__ personally spoke to _____ and he/she indicated that he/she is not in the military services as a member of the Armed Forces of the United States of America;

X personally spoke to __Sandra Resendez__ who indicated that they personally know __Paul A. Davis__ and that (he)/~~she~~ is not in the military services as a member of the Armed Forces of the United States of America;

_____
_____
_____
_____

[If other, please explain facts showing non-military status]

__Luis A. Saenz__
__Luis A. Saenz__ [Printed Name of Affiant]

SUBSCRIBED AND SWORN TO BEFORE ME, on this the __9th__ day of __January__, ~~2003, to~~ __2004__ certify which witness my hand and official seal.

ZITA MORENO
Notary Public, State of Texas
My Commission Expires
June 21, 2006

__Zita Moreno__
NOTARY PUBLIC in and for
The State of Texas

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DIRECTV, INC.

    Plaintiff

VS.

TONY ADAME, CESAR ARCOS, MARCOS CAMACHO, PAUL A. DAVIS, RODNEY D. MOORE, AND YESENIA SALAZAR

    Defendants

SUMMONS IN A CIVIL CASE:

CASE NUMBER: **B-03-052**

TO: PAUL A. DAVIS
    3664 VILLA DEL REY
    BROWNSVILLE, TX 78521

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

Greer, Herz & Adams, L.L.P.
One Moody Plaza
18th Floor
Galveston, TX 77550
(409) 797-3200

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk      3-11-03
**CLERK**      **DATE**

Rita Nieto
**BY DEPUTY CLERK**
[handwritten at top: "re-serve"]