23

B-03CV052

# RETURN OF SERVICE

Service of the Summons and complaint was made by me¹ DATE: January 13, 2004 at 1:10 pm

TITLE George W. Balderas
Civil Processor

United States District Court
Southern District of Texas
FILED

JAN 14 2004

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant.

Place where served: 209 Paseo de la Tranquilidad, Mission, Tx 78572

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Felipa Salazar - mother

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

George W. Balderas
**Signature of Server**

P.O. Box 5206, McAllen, Tx 78502-5206
**Address of Server**

---

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

To re-serve

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**DIRECTV, INC.**

    Plaintiff

VS.

**TONY ADAME, CESAR ARCOS, MARCOS CAMACHO, PAUL A. DAVIS, RODNEY D. MOORE, AND YESENIA SALAZAR**

    Defendants

SUMMONS IN A CIVIL CASE:

CASE NUMBER: **B-03-052**

TO:  YESENIA SALAZAR
      209 PASEO DE LA TRANQUILIDAD
      MISSION, TX 78572

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

Greer, Herz & Adams, L.L.P.
One Moody Plaza
18th Floor
Galveston, TX 77550
(409) 797-3200

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
**CLERK**

3-11-03
**DATE**

Rita Nieto
**BY DEPUTY CLERK**

## AFFIDAVIT OF NON-MILITARY STATUS

THE STATE OF TEXAS §
§
COUNTY OF Hidalgo §

BEFORE ME, the undersigned authority, on this day personally appeared George W. Balderas a person having knowledge of the matters hereinafter set forth and who is personally known to me and first being duly sworn according to law, upon his oath deposed and said:

 My name is George W. Balderas. I am over eighteen (18) years of age, I reside in Hidalgo County, Texas. I have never been convicted of a felony, and I am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

 Yesenia Salazar is not in the military services as a member of the Armed Forces of the United States of America. On January 13, 2002, I:
GWB

___ personally spoke to _____ and he/she indicated that he/she is not in the military services as a member of the Armed Forces of the United States of America;

✓ personally spoke to Felipa Salazar (mother) who indicated that they personally know Yesenia Salazar and that he/she is not in the military services as a member of the Armed Forces of the United States of America;

_____
_____
_____
_____
[If other, please explain facts showing non-military status]

        *George W. Balderas*
        George W. Balderas [Printed Name of Affiant]

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 14th day of January, 2004, to certify which witness my hand and official seal.

        _____
        NOTARY PUBLIC in and for
        The State of Texas

Luis A. Saenz
My Commission Expires
October 10, 2007