UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

```
DIRECTV, INC.                    §
                                                         United States District Court
VS                               §   C.A. NO. B03-052    Southern District of Texas
                                     (Judge Tagle)              ENTERED
TONY ADAME, ET AL                §                            FEB 25 2004

                                                         Michael N. Milby, Clerk of Court
                                                         By Deputy Clerk _____
```

### AMENDED SCHEDULING ORDER

On the 23rd of February 2004, DIRECTV's Unopposed Motion to Enlarge Time for Filing the Joint Pretrial and Request for Mediation was considered by the Court. The Court, after reviewing said Motion, is of the opinion that the Motion should be and is hereby GRANTED.

1. Trial: Estimated time to try: __3__ days.       ☐ Bench   ☑ Jury

2. New parties must be joined by: _____
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:    March 19, 2004

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.    April 5, 2004

5. Discovery must be completed by:    April 23, 2004
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

6. Mediation shall be held on or before:    May 14, 2004

*********************    The court will provide these dates.    *********************

7. Dispositive Motions will be filed by:    May 28, 2004

8. Joint pretrial order is due:    June 18, 2004
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

9. Docket call and final pretrial conference before Judge Tagle
10. is set for 1:30 p.m. on:    July 01, 2004
    *The case will remain on standby until tried.*

11. The jury selection before Judge Tagle is set for 9:00 a.m. on:    July 06, 2004

The case will remain on standby until tried.

Signed  02-23-04 , at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge