**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern [...] Texas
ENTERED

MAY 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-052 |
| | § | |
| TONY ADAME, et al, | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT PAUL DAVIS' DEFAULT

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, Directv's Request for Entry of Default and Default Judgment Against Defendant Paul A. Davis (Docket No. 27) is GRANTED. Furthermore, it is ORDERED that Defendant Davis is found to have failed to answer the claims of Plaintiff and, accordingly, is in default. Additionally, it is ORDERED that the clerk of the court shall enter a Judgment of Default against Defendant Davis and in favor of the Plaintiff in this matter, and that Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

(1) statutory damages in the amount of ten thousand dollars ($10,000.00);

(2) costs in the amount of ninety-four dollars and fourteen cents ($94.14);

(3) attorney's fees in the amount of three-hundred and ninety-four dollars and twenty-two cents ($394.22); and

(4) post-judgment interest equaling _1.55_ % per annum.

In addition, Defendant Davis is hereby permanently enjoined from committing any violation of 47 U.S.C. § 605, 18 U.S.C. § 2511, or 18 U.S.C. § 2512.

IT IS SO ORDERED.

DONE at Brownsville, Texas this _4th_ day of _May_, 2004.

_____
Hilda Tagle
United States District Judge