United States District Court
Southern District of Texas
ENTERED

MAY 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DIRECTV, INC. <br> Plaintiff, | § <br> § <br> § |
| v. | §    CIVIL ACTION NO. B-03-052 <br> § |
| TONY ADAME, et al, <br> Defendants. | § <br> § <br> § |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT CESAR ARCOS' DEFAULT

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, Directv's First Amended Request for Entry of Default and Default Judgment Against Defendant Cesar Arcos (Docket No. 30) is GRANTED. Furthermore, it is ORDERED that Defendant Arcos is found to have failed to answer the claims of Plaintiff and, accordingly, is in default. Additionally, it is ORDERED that the clerk of the court shall enter a Judgment of Default against Defendant Arcos and in favor of the Plaintiff in this matter, and that Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

    (1) statutory damages in the amount of ten thousand dollars ($10,000.00);
    (2) costs in the amount of ninety-four dollars and fourteen cents ($94.14);
    (3) attorney's fees in the amount of three-hundred and ninety-four dollars and twenty-two cents ($394.22); and
    (4) post-judgment interest equaling _1.55_ % per annum.

In addition, Defendant Arcos is hereby permanently enjoined from committing any violation of 47 U.S.C. § 605, 18 U.S.C. § 2511, or 18 U.S.C. § 2512.
IT IS SO ORDERED.

    DONE at Brownsville, Texas this ___ day of _____, 2004.

8