37

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk   :   M Garcia
ERO               :   D Ahumada
CSO               :   M Agado
Law Clerk         :   M Knicely
Interpreter       :   not needed
Date              :   May 25, 2004 at 2:05 p.m.
```

United States District Court
Southern District of Texas
FILED

MAY 2 5 2004

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-03-052

**DIRECTV, INC.**              *       Lecia Chaney

vs                             *

Yesenia Salazar               *

---

### STATUS CONFERNECE

Lecia Chaney present for Plaintiff;
Yesenia Salazar present without counsel;

The Court states an answer has not been filed in this case;
Defendant requesting more time to resolve the matter;

Mr Salazar addresses the Court and states he will be taking full responsibility;

The Court resets this status conference for June 25, 2004 at 10:00 a.m. to allow time to come up with a settlement;

Court adjourned.