```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
ERO                :   B Vasquez
CSO                :   D Delgado
Law Clerk          :   M Knisely
Interpreter        :   not needed
Date               :   June 25, 2004 at 9:08 a.m.
```

United States District Court
Southern District of Texas
FILED

JUN 2 5 2004

Michael N. Milby
Clerk of Court

---

**CIVIL CASE NO. B-03CV52**

DIRECTV, INC.                *                Lecia Chaney

vs                           *

Tony Adame et al             *

---

### STATUS CONFERNECE

Lecia Chaney present for Plaintiff;

Counsel announces to the Court that the case against Yesenia Salazar has settled and this will dispose of the entire case;
Counsel will submit a dismissal as to Tony Adame and Yesenia Salazar by this afternoon;

Court adjourned.