United States District Court
Southern District of Texas
ENTERED
JUN 28 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUN 28 2004
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| | * | |
| VS | * | C.A. NO. B-03-052 |
| | * | |
| YESENIA SALAZAR | * | |

### ORDER

The Magistrate Judge's Report and Recommendation filed on March 29, 2004, is hereby VACATED since the parties have resolved this cause of action. On June 28, 2004, the Order granting Plaintiff's Motion to Dismiss with Prejudice was filed.

DONE at Brownsville, Texas, this 28th day of June 2004.

_____
Felix Recio
United States Magistrate Judge