United States District Court
Southern District of Texas
ENTERED

JUN 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **DIRECTV, Inc.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIV. No. B-03-052** |
| | § | |
| **TONY ADAME, et. al.** | § | |
| **Defendant.** | § | |
| | § | |

## ORDER GRANTING
## MOTION TO DISMISS WITH PREJUDICE

CAME ON to be heard on this day DIRECTV's Motion to Dismiss with Prejudice, in which the Plaintiff advises the Court that it has resolved all matters in dispute in this lawsuit against **TONY ADAME** and requested that Plaintiff's claims against Defendant **TONY ADAME only** be dismissed in their entirety and *with prejudice*. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit against Defendant **TONY ADAME** is hereby dismissed *with prejudice*; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this ___ day of ___, 2004 in Brownsville, Texas.

_____
JUDGE PRESIDING

ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE                    SOLO PAGE