**Jose I. Medrano**

♦♦♦

601 Pearl Dr ♦ Pharr, Texas 78577 ♦ USA
Phone (956) 789-7797 ♦ Home Phone 956-283-8586

April 28, 2004

U.S. Magistrate Judge Felix Recio
United States District Court
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #305
Brownsville, TX 78520
Civil Action No. B-03-052

United States District Court
Southern District of Texas
FILED

MAR 2 8 2005

Michael N. Milby
Clerk of Court

Dear Judge Recio,

My name is Jose I. Medrano 35 yrs. I am married to Yesenia Salazar. at the time I ordered the equipment we were married only 1 1/2 yrs, now we have been married 5 years. I want to clear Yesenia Salazar from the accusations on the above civil action case. I did order the electronic programmer without Yesenia's knowledge. I assure you I was unsuccessful with it and have rid of the electronic device since the year 2000.

I did communicate with the attorneys from Corpus Christi representing DirectTV and told them that I was the one who ordered the unit. They responded with an offer to settle for 4,500 dollars. I tried to make things right but all they insist that since Yesenia's Name is on the credit card that is who they will go after.

I served 6 years in the US Navy, Honorable discharge. I have never been in trouble with the law. I dont drink, don't smoke,. I've never seen the inside of a jail. Don't look forward to it either. If ordering the electronic equipment is a crime then that will be my first offense. May I repeat, I did not know it was a crime to order the unit at the time I ordered it. I did not use it for anything. I rid of it soon after I received it.

I ask that my wife's name be cleared. I accept full responsibility for the use of my wife's credit card for this transaction. I plead guilty only to ordering the electronic equipment. I deny any and all other accusations.

And lastly, Judge Recio, I beg that if everything remains the same that you reconsider the amount to pay. We have 160,000 dollar debt. Our debt far exceeds our income ratio. With my wife Ill and not able to work this extra debt will really hurt.

Sincerely,

Jose I. Medrano