**Yesenia Salazar**

♦♦♦

601 Pearl Dr ♦ Pharr, Texas 78577 ♦ USA
Phone (956) 789-7797 ♦ Home Phone 956-283-8586

April 28, 2004

United States District Court
Southern District of Texas
FILED

MAR 2 8 2005

Michael N. Milby
Clerk of Court

U.S. Magistrate Judge Felix Recio
United States District Court
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #305
Brownsville, TX 78520
Civil Action No. B-03-052

Dear Judge Recio,

 First I want to apologize for not writing sooner. I am concerned with the accusations DirectTV has accused me of. I told DirectTV Attorneys That I had nothing to do with ordering the item they said I ordered much less any of the other accusations they accused me of. They said since My name is on the credit card that is who they were gonna take to court.

 My husband ordered the item with my credit card and without my knowledge. I know I am ultimately responsible for my credit card, at the time I thought nothing of it.

 I respectfully request that all accusations be deleted from my record. Judge I am 33 years and have never been in trouble with the law. I feel terrible knowing that this will affect my record. I cannot afford to pay 10,000 dollars for something my husband did without my knowledge.

 I am currently on disability from work and am finding it very difficult making ends meet. I certainly cannot afford the penalty put before me.

 I ask that you reconsider your judgment and remove the accusations against me.

Sincerely,

Yesenia Salazar